UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-24125-JB/AOV

LUCIA DEL CARMEN HERNANDEZ,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**THIS CAUSE** was referred to the Honorable Alicia O. Valle, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Summary Judgment, ECF No. [9], Defendant's Motion for Summary Judgment, ECF No. [13], (together, the "Motions"). *See* ECF No. [12]. After due consideration of the administrative record and the Motions, including Defendant's Response, ECF No. [14], Plaintiff's Reply, ECF No. [15], and being otherwise fully advised on the matter, Magistrate Judge Valle filed a Report and Recommendation ("R&R"), recommending that the Plaintiff's Motion for Summary Judgment be denied, and that Defendant's Motion for Summary Judgment be granted. ECF No. [17]. Plaintiff filed objections to the R&R (the "Objections"), ECF No. [20], to which Defendants responded, ECF No. [21].

    This Court has a duty to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). It also may "accept, reject, or modify, in whole or in part,

the findings or recommendations made by the magistrate judge." *Id.* The Court, having conducted a *de novo* review of the record and the issues presented in Plaintiff's Objections, agrees with Magistrate Judge Valle that Plaintiff's Motion for Summary Judgment should be denied, and Defendant's Motion for Summary Judgment should be granted.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's Objections, ECF No. [20], are **OVERRULED**.

2. United States Magistrate Judge Valle's Report and Recommendation, ECF No. [17], is **AFFIRMED AND ADOPTED**.

3. Plaintiff's Motion for Summary Judgment, ECF No. [9], is **DENIED**.

4. Defendant's Motion for Summary Judgment, ECF No. [13], is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, this 26 day of March, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**